FILED BY _PRB_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 28 PM 12: 20

[Clerk stamp: ROBERT R. GOULD, CLERK, U.S. DISTRICT COURT, W/D OF TN, MEMPHIS]

UNITED STATES OF AMERICA

v.                              CR. NO. 05-20166-Ml

ANTONIO VALENTINE

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on **September 28, 2005**

The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME **Lee Gerald (CJA)** ADDRESS _____
_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: an inmate of the Federal Correctional Institution of Memphis - possessed packages containing marijuana - 18:1791(a)(1)

Attorney assigned to Case: Lucas

Age: **47**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20166 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT