IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA )
  Plaintiff, )
)
VS. )  CR. NO. 05-20166-Ml
)
ANTONIO VALENTINE )
  Defendant. )

---

### ORDER ON CHANGE OF PLEA

---

  This cause came on to be heard on November 29, 2005, the United States Attorney for this district, Kevin Ritz, appearing for the Government and the defendant, Antonio Valentine, appearing in person and with counsel, Lee Gerald, who represented the defendant.

  With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

  Plea colloquy was held and the Court accepted the guilty plea.

  **SENTENCING** in this case is **SET** for **TUESDAY, FEBRUARY 28, 2006,** at **8:45 a.m., before Judge Jon Phipps McCalla.**

  Defendant is remanded to the custody of the U. S. Marshal.

  **ENTERED** this the 29 day of November, 2005.

        */s/ Jon P. McCalla*
        JON PHIPPS McCALLA
        UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20166 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT